# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 04/04/2021 | 04/17/2021 | 04/23/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 64.00 | 2,725.30 | 354.97 | 300.05 | 51.16 | **2,019.12** |
| YTD | 596.00 | 23,294.51 | 2,929.29 | 2,845.69 | 406.88 | **17,112.65** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | 04/11/2021 - 04/17/2021 | 8 | 34.07 | 272.53 | 938.24 | Social Security | 158.10 | 1,356.85 |
| Holiday OT | | | | | 264.72 | Medicare | 36.98 | 317.33 |
| Holiday Pay | | | | | 529.44 | Federal Withholding | 26.33 | 462.14 |
| Holiday Premium | | | | | 132.36 | State Tax - GA | 78.64 | 709.37 |
| Overtime Pay | | | | | 264.72 | | | |
| Overtime Premium | | | | | 132.36 | | | |
| Quarterly Frontline Bonus | | | | | 1,049.39 | | | |
| Regular Pay - Hourly | 04/04/2021 - 04/10/2021 | 32 | 34.07 | 1,090.12 | | | | |
| Regular Pay - Hourly | 04/11/2021 - 04/17/2021 | 32 | 34.07 | 1,090.12 | 19,446.03 | | | |
| Vacation Pay | 04/04/2021 - 04/10/2021 | 8 | 34.07 | 272.53 | 537.25 | | | |
| Earnings | | | | 2,725.30 | 23,294.51 | Employee Taxes | 300.05 | 2,845.69 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 163.52 | 1,397.69 | Personal (Accident Personal) | | 4.61 | 36.88 |
| Dental | | 10.78 | 86.24 | Spouse AD&D Insurance | | 1.30 | 10.40 |
| Medical | | 174.50 | 1,396.00 | Spouse Life Insurance | | 28.58 | 228.64 |
| Vision | | 6.17 | 49.36 | Supp LTD 60% | | 14.59 | 114.62 |
| | | | | Supplemental AD&D Ins | | 2.08 | 16.34 |
| Pre-tax Deductions | | 354.97 | 2,929.29 | Post-tax Deductions | | 51.16 | 406.88 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 28.54 |
| Taxable GTL | 12.42 | 93.16 |
| Taxable Non-Cash Event | 16.05 | 121.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.12    USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | | 10045887 | 03/07/2021 | 03/20/2021 | 03/26/2021 | |
| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | | **Net Pay** |
| Current | 76.00 | 2,725.31 | 354.97 | 300.04 | 51.16 | | **2,019.14** |
| YTD | 452.00 | 17,843.91 | 2,219.35 | 2,245.61 | 304.56 | | **13,074.39** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | 03/07/2021 - 03/13/2021 | 4 | 34.07 | 136.27 | 665.71 | Social Security | 158.10 | 1,040.66 |
| Holiday OT | | | | | 264.72 | Medicare | 36.97 | 243.38 |
| Holiday Pay | | | | | 529.44 | Federal Withholding | 26.33 | 409.48 |
| Holiday Premium | | | | | 132.36 | State Tax - GA | 78.64 | 552.09 |
| Overtime Pay | | | | | 264.72 | | | |
| Overtime Premium | | | | | 132.36 | | | |
| Quarterly Frontline Bonus | | | | | 1,049.39 | | | |
| Regular Pay - Hourly | 03/07/2021 - 03/13/2021 | 36 | 34.07 | 1,226.39 | | | | |
| Regular Pay - Hourly | 03/14/2021 - 03/20/2021 | 40 | 34.07 | 1,362.65 | 14,540.49 | | | |
| Vacation Pay | | | | | 264.72 | | | |
| Earnings | | | | 2,725.31 | 17,843.91 | Employee Taxes | 300.04 | 2,245.61 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 163.52 | 1,070.65 | Personal (Accident Personal) | | 4.61 | 27.66 |
| Dental | | 10.78 | 64.68 | Spouse AD&D Insurance | | 1.30 | 7.80 |
| Medical | | 174.50 | 1,047.00 | Spouse Life Insurance | | 28.58 | 171.48 |
| Vision | | 6.17 | 37.02 | Supp LTD 60% | | 14.59 | 85.44 |
| | | | | Supplemental AD&D Ins | | 2.08 | 12.18 |
| Pre-tax Deductions | | 354.97 | 2,219.35 | Post-tax Deductions | | 51.16 | 304.56 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 21.28 |
| Taxable GTL | 12.42 | 68.32 |
| Taxable Non-Cash Event | 16.05 | 89.60 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.14    USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 02/07/2021 | 02/20/2021 | 02/26/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,647.20 | 350.28 | 282.18 | 50.68 | 1,964.06 |
| YTD | 296.00 | 12,432.35 | 1,511.75 | 1,654.61 | 202.72 | 9,063.27 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | 02/07/2021 - 02/13/2021 | 8 | 33.09 | 264.72 | 529.44 | Social Security | 153.16 | 726.97 |
| Holiday OT | | | | | 264.72 | Medicare | 35.82 | 170.02 |
| Holiday Pay | | | | | 529.44 | Federal Withholding | 18.86 | 360.62 |
| Holiday Premium | | | | | 132.36 | State Tax - GA | 74.34 | 397.00 |
| Overtime Pay | | | | | 264.72 | | | |
| Overtime Premium | | | | | 132.36 | | | |
| Quarterly Frontline Bonus | | | | | 1,049.39 | | | |
| Regular Pay - Hourly | 02/07/2021 - 02/13/2021 | 32 | 33.09 | 1,058.88 | | | | |
| Regular Pay - Hourly | 02/14/2021 - 02/20/2021 | 40 | 33.09 | 1,323.60 | 9,265.20 | | | |
| Vacation Pay | | | | | 264.72 | | | |
| Earnings | | | | 2,647.20 | 12,432.35 | Employee Taxes | 282.18 | 1,654.61 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 158.83 | 745.95 | Personal (Accident Personal) | | 4.61 | 18.44 |
| Dental | | 10.78 | 43.12 | Spouse AD&D Insurance | | 1.30 | 5.20 |
| Medical | | 174.50 | 698.00 | Spouse Life Insurance | | 28.58 | 114.32 |
| Vision | | 6.17 | 24.68 | Supp LTD 60% | | 14.17 | 56.68 |
| | | | | Supplemental AD&D Ins | | 2.02 | 8.08 |
| Pre-tax Deductions | | 350.28 | 1,511.75 | Post-tax Deductions | | 50.68 | 202.72 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.53 | 14.12 |
| Taxable GTL | 11.18 | 44.72 |
| Taxable Non-Cash Event | 14.71 | 58.84 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 1,964.06   USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 02/21/2021 | 03/06/2021 | 03/12/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,686.25 | 352.63 | 290.96 | 50.68 | 1,991.98 |
| YTD | 376.00 | 15,118.60 | 1,864.38 | 1,945.57 | 253.40 | 11,055.25 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | | | | | 529.44 | Social Security | 155.59 | 882.56 |
| Holiday OT | | | | | 264.72 | Medicare | 36.39 | 206.41 |
| Holiday Pay | | | | | 529.44 | Federal Withholding | 22.53 | 383.15 |
| Holiday Premium | | | | | 132.36 | State Tax - GA | 76.45 | 473.45 |
| Overtime Pay | | | | | 264.72 | | | |
| Overtime Premium | | | | | 132.36 | | | |
| Quarterly Frontline Bonus | | | | | 1,049.39 | | | |
| Regular Pay - Hourly | 02/21/2021 - 02/27/2021 | 40 | 33.09 | 1,323.60 | | | | |
| Regular Pay - Hourly | 02/28/2021 - 03/06/2021 | 40 | 34.07 | 1,362.65 | 11,951.45 | | | |
| Vacation Pay | | | | | 264.72 | | | |
| Earnings | | | | 2,686.25 | 15,118.60 | Employee Taxes | 290.96 | 1,945.57 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 161.18 | 907.13 | Personal (Accident Personal) | | 4.61 | 23.05 |
| Dental | | 10.78 | 53.90 | Spouse AD&D Insurance | | 1.30 | 6.50 |
| Medical | | 174.50 | 872.50 | Spouse Life Insurance | | 28.58 | 142.90 |
| Vision | | 6.17 | 30.85 | Supp LTD 60% | | 14.17 | 70.85 |
| | | | | Supplemental AD&D Ins | | 2.02 | 10.10 |
| Pre-tax Deductions | | 352.63 | 1,864.38 | Post-tax Deductions | | 50.68 | 253.40 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.53 | 17.65 |
| Taxable GTL | 11.18 | 55.90 |
| Taxable Non-Cash Event | 14.71 | 73.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 1,991.98  USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 06/13/2021 | 06/26/2021 | 07/02/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,725.30 | 354.97 | 300.04 | 51.16 | 2,019.13 |
| YTD | 969.00 | 38,902.01 | 4,822.99 | 4,914.79 | 662.68 | 28,501.55 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | | | | | 1,347.04 | Social Security | 158.10 | 2,270.14 |
| Flex Payout | | | | | 272.53 | Medicare | 36.97 | 530.92 |
| Holiday OT | | | | | 537.25 | Federal Withholding | 26.33 | 904.09 |
| Holiday Pay | | | | | 801.97 | State Tax - GA | 78.64 | 1,209.64 |
| Holiday Premium | | | | | 268.64 | | | |
| Overtime Pay | | | | | 571.32 | | | |
| Overtime Premium | | | | | 285.68 | | | |
| Quarterly Frontline Bonus | | | | | 1,889.12 | | | |
| Regular Pay - Hourly | 06/13/2021 - 06/19/2021 | 40 | 34.07 | 1,362.65 | | | | |
| Regular Pay - Hourly | 06/20/2021 - 06/26/2021 | 32 | 34.07 | 1,090.12 | 31,573.62 | | | |
| Vacation Pay | 06/20/2021 - 06/26/2021 | 8 | 34.07 | 272.53 | 1,354.84 | | | |
| Earnings | | | | 2,725.30 | 38,902.01 | Employee Taxes | 300.04 | 4,914.79 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 163.52 | 2,334.14 | Personal (Accident Personal) | | 4.61 | 59.93 |
| Dental | | 10.78 | 140.14 | Spouse AD&D Insurance | | 1.30 | 16.90 |
| Medical | | 174.50 | 2,268.50 | Spouse Life Insurance | | 28.58 | 371.54 |
| Vision | | 6.17 | 80.21 | Supp LTD 60% | | 14.59 | 187.57 |
| | | | | Supplemental AD&D Ins | | 2.08 | 26.74 |
| Pre-tax Deductions | | 354.97 | 4,822.99 | Post-tax Deductions | | 51.16 | 662.68 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 46.69 |
| Taxable GTL | 12.42 | 155.26 |
| Taxable Non-Cash Event | 16.05 | 201.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.13   USD |

**COMCAST**

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 12/27/2020 | 01/09/2021 | 01/15/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,044.28 | 374.11 | 371.35 | 50.68 | 2,248.14 |
| YTD | 72.00 | 3,044.28 | 374.11 | 371.35 | 50.68 | 2,248.14 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday OT | 12/27/2020 - 01/02/2021 | 8 | 33.09 | 264.72 | 264.72 | Social Security | 177.79 | 177.79 |
| Holiday Pay | 12/27/2020 - 01/02/2021 | 8 | 33.09 | 264.72 | 264.72 | Medicare | 41.58 | 41.58 |
| Holiday Premium | 12/27/2020 - 01/02/2021 | 8 | 16.55 | 132.36 | 132.36 | Federal Withholding | 56.18 | 56.18 |
| Regular Pay - Hourly | 12/27/2020 - 01/02/2021 | 24 | 33.09 | 794.16 | | State Tax - GA | 95.80 | 95.80 |
| Regular Pay - Hourly | 01/03/2021 - 01/09/2021 | 40 | 33.09 | 1,323.60 | 2,117.76 | | | |
| Vacation Pay | 12/27/2020 - 01/02/2021 | 8 | 33.09 | 264.72 | 264.72 | | | |
| Earnings | | | | 3,044.28 | 3,044.28 | Employee Taxes | 371.35 | 371.35 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 182.66 | 182.66 | Personal (Accident Personal) | | 4.61 | 4.61 |
| Dental | | 10.78 | 10.78 | Spouse AD&D Insurance | | 1.30 | 1.30 |
| Medical | | 174.50 | 174.50 | Spouse Life Insurance | | 28.58 | 28.58 |
| Vision | | 6.17 | 6.17 | Supp LTD 60% | | 14.17 | 14.17 |
| | | | | Supplemental AD&D Ins | | 2.02 | 2.02 |
| Pre-tax Deductions | | 374.11 | 374.11 | Post-tax Deductions | | 50.68 | 50.68 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.53 | 3.53 |
| Taxable GTL | 11.18 | 11.18 |
| Taxable Non-Cash Event | 14.71 | 14.71 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,248.14   USD |

# COMCAST

Comcast (CC) of Willow Grove  
One Comcast Center  
Philadelphia, PA 19103-2838  
Phone: 877-909-4748

Employee ID: 10045887  
Employee Type: Regular-Full time  
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 01/24/2021 | 02/06/2021 | 02/12/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,696.59 | 413.25 | 629.74 | 50.68 | **2,602.92** |
| YTD | 224.00 | 9,785.15 | 1,161.47 | 1,372.43 | 152.04 | **7,099.21** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | | | | | 264.72 | Social Security | 218.24 | 573.81 |
| Holiday OT | | | | | 264.72 | Medicare | 51.04 | 134.20 |
| Holiday Pay | | | | | 529.44 | Federal Withholding | 229.40 | 341.76 |
| Holiday Premium | | | | | 132.36 | State Tax - GA | 131.06 | 322.66 |
| Overtime Pay | | | | | 264.72 | | | |
| Overtime Premium | | | | | 132.36 | | | |
| Quarterly Frontline Bonus | 01/31/2021 - 02/06/2021 | | | 1,049.39 | 1,049.39 | | | |
| Regular Pay - Hourly | 01/24/2021 - 01/30/2021 | 40 | 33.09 | 1,323.60 | | | | |
| Regular Pay - Hourly | 01/31/2021 - 02/06/2021 | 40 | 33.09 | 1,323.60 | 6,882.72 | | | |
| Vacation Pay | | | | | 264.72 | | | |
| Earnings | | | | 3,696.59 | 9,785.15 | Employee Taxes | 629.74 | 1,372.43 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 221.80 | 587.12 | Personal (Accident Personal) | | 4.61 | 13.83 |
| Dental | | 10.78 | 32.34 | Spouse AD&D Insurance | | 1.30 | 3.90 |
| Medical | | 174.50 | 523.50 | Spouse Life Insurance | | 28.58 | 85.74 |
| Vision | | 6.17 | 18.51 | Supp LTD 60% | | 14.17 | 42.51 |
| | | | | Supplemental AD&D Ins | | 2.02 | 6.06 |
| Pre-tax Deductions | | 413.25 | 1,161.47 | Post-tax Deductions | | 50.68 | 152.04 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.53 | 10.59 |
| Taxable GTL | 11.18 | 33.54 |
| Taxable Non-Cash Event | 14.71 | 44.13 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,602.92    USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 04/18/2021 | 05/01/2021 | 05/07/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,565.03 | 405.35 | 577.96 | 51.16 | **2,530.56** |
| YTD | 668.00 | 26,859.54 | 3,334.64 | 3,423.65 | 458.04 | **19,643.21** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | 04/18/2021 - 04/24/2021 | 8 | 34.07 | 272.53 | 1,210.77 | Social Security | 210.15 | 1,567.00 |
| Holiday OT | | | | | 264.72 | Medicare | 49.15 | 366.48 |
| Holiday Pay | | | | | 529.44 | Federal Withholding | 194.63 | 656.77 |
| Holiday Premium | | | | | 132.36 | State Tax - GA | 124.03 | 833.40 |
| Overtime Pay | | | | | 264.72 | | | |
| Overtime Premium | | | | | 132.36 | | | |
| Quarterly Frontline Bonus | 04/25/2021 - 05/01/2021 | | | 839.73 | 1,889.12 | | | |
| Regular Pay - Hourly | 04/18/2021 - 04/24/2021 | 32 | 34.07 | 1,090.12 | | | | |
| Regular Pay - Hourly | 04/25/2021 - 05/01/2021 | 40 | 34.07 | 1,362.65 | 21,898.80 | | | |
| Vacation Pay | | | | | 537.25 | | | |
| Earnings | | | | 3,565.03 | 26,859.54 | Employee Taxes | 577.96 | 3,423.65 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 213.90 | 1,611.59 | Personal (Accident Personal) | | 4.61 | 41.49 |
| Dental | | 10.78 | 97.02 | Spouse AD&D Insurance | | 1.30 | 11.70 |
| Medical | | 174.50 | 1,570.50 | Spouse Life Insurance | | 28.58 | 257.22 |
| Vision | | 6.17 | 55.53 | Supp LTD 60% | | 14.59 | 129.21 |
| | | | | Supplemental AD&D Ins | | 2.08 | 18.42 |
| Pre-tax Deductions | | 405.35 | 3,334.64 | Post-tax Deductions | | 51.16 | 458.04 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 32.17 |
| Taxable GTL | 12.42 | 105.58 |
| Taxable Non-Cash Event | 16.05 | 137.75 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,530.56  USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 01/10/2021 | 01/23/2021 | 01/29/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,044.28 | 374.11 | 371.34 | 50.68 | 2,248.15 |
| YTD | 144.00 | 6,088.56 | 748.22 | 742.69 | 101.36 | 4,496.29 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Day | 01/17/2021 - 01/23/2021 | 8 | 33.09 | 264.72 | 264.72 |
| Holiday OT | | | | | 264.72 |
| Holiday Pay | 01/17/2021 - 01/23/2021 | 8 | 33.09 | 264.72 | 529.44 |
| Holiday Premium | | | | | 132.36 |
| Overtime Pay | 01/17/2021 - 01/23/2021 | 8 | 33.09 | 264.72 | 264.72 |
| Overtime Premium | 01/17/2021 - 01/23/2021 | 8 | 16.55 | 132.36 | 132.36 |
| Regular Pay - Hourly | 01/10/2021 - 01/16/2021 | 40 | 33.09 | 1,323.60 | |
| Regular Pay - Hourly | 01/17/2021 - 01/23/2021 | 24 | 33.09 | 794.16 | 4,235.52 |
| Vacation Pay | | | | | 264.72 |
| Earnings | | | | 3,044.28 | 6,088.56 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 177.78 | 355.57 |
| Medicare | 41.58 | 83.16 |
| Federal Withholding | 56.18 | 112.36 |
| State Tax - GA | 95.80 | 191.60 |
| Employee Taxes | 371.34 | 742.69 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 182.66 | 365.32 |
| Dental | | 10.78 | 21.56 |
| Medical | | 174.50 | 349.00 |
| Vision | | 6.17 | 12.34 |
| Pre-tax Deductions | | 374.11 | 748.22 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Personal (Accident Personal) | | 4.61 | 9.22 |
| Spouse AD&D Insurance | | 1.30 | 2.60 |
| Spouse Life Insurance | | 28.58 | 57.16 |
| Supp LTD 60% | | 14.17 | 28.34 |
| Supplemental AD&D Ins | | 2.02 | 4.04 |
| Post-tax Deductions | | 50.68 | 101.36 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.53 | 7.06 |
| Taxable GTL | 11.18 | 22.36 |
| Taxable Non-Cash Event | 14.71 | 29.42 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,248.15 | USD |

# COMCAST

Comcast (CC) of Willow Grove  
One Comcast Center  
Philadelphia, PA 19103-2838  
Phone: 877-909-4748

Employee ID: 10045887  
Employee Type: Regular-Full time  
FLSA Exempt: No

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | | 10045887 | 03/21/2021 | 04/03/2021 | 04/09/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,725.30 | 354.97 | 300.03 | 51.16 | 2,019.14 |
| YTD | 532.00 | 20,569.21 | 2,574.32 | 2,545.64 | 355.72 | 15,093.53 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | | | | | 665.71 | Social Security | 158.09 | 1,198.75 |
| Holiday OT | | | | | 264.72 | Medicare | 36.97 | 280.35 |
| Holiday Pay | | | | | 529.44 | Federal Withholding | 26.33 | 435.81 |
| Holiday Premium | | | | | 132.36 | State Tax - GA | 78.64 | 630.73 |
| Overtime Pay | | | | | 264.72 | | | |
| Overtime Premium | | | | | 132.36 | | | |
| Quarterly Frontline Bonus | | | | | 1,049.39 | | | |
| Regular Pay - Hourly | 03/21/2021 - 03/27/2021 | 40 | 34.07 | 1,362.65 | | | | |
| Regular Pay - Hourly | 03/28/2021 - 04/03/2021 | 40 | 34.07 | 1,362.65 | 17,265.79 | | | |
| Vacation Pay | | | | | 264.72 | | | |
| Earnings | | | | 2,725.30 | 20,569.21 | Employee Taxes | 300.03 | 2,545.64 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 163.52 | 1,234.17 | Personal (Accident Personal) | | 4.61 | 32.27 |
| Dental | | 10.78 | 75.46 | Spouse AD&D Insurance | | 1.30 | 9.10 |
| Medical | | 174.50 | 1,221.50 | Spouse Life Insurance | | 28.58 | 200.06 |
| Vision | | 6.17 | 43.19 | Supp LTD 60% | | 14.59 | 100.03 |
| | | | | Supplemental AD&D Ins | | 2.08 | 14.26 |
| Pre-tax Deductions | | 354.97 | 2,574.32 | Post-tax Deductions | | 51.16 | 355.72 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 24.91 |
| Taxable GTL | 12.42 | 80.74 |
| Taxable Non-Cash Event | 16.05 | 105.65 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.14    USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 07/25/2021 | 08/07/2021 | 08/13/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,725.30 | 354.97 | 300.04 | 51.16 | 2,019.13 |
| YTD | 1,153.00 | 48,127.49 | 5,759.42 | 6,210.02 | 765.00 | 35,393.05 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | | | | | 1,619.57 | Social Security | 158.10 | 2,820.37 |
| Flex Payout | | | | | 272.53 | Medicare | 36.97 | 659.60 |
| Holiday OT | | | | | 537.25 | Federal Withholding | 26.33 | 1,217.67 |
| Holiday Pay | | | | | 1,074.50 | State Tax - GA | 78.64 | 1,512.38 |
| Holiday Premium | | | | | 268.64 | | | |
| Overtime Pay | | | | | 571.32 | | | |
| Overtime Premium | | | | | 285.68 | | | |
| Quarterly Frontline Bonus | | | | | 2,938.70 | | | |
| Regular Pay - Hourly | 07/25/2021 - 07/31/2021 | 32 | 34.07 | 1,090.12 | | | | |
| Regular Pay - Hourly | 08/01/2021 - 08/07/2021 | 40 | 34.07 | 1,362.65 | 37,841.81 | | | |
| Vacation Pay | 07/25/2021 - 07/31/2021 | 8 | 34.07 | 272.53 | 2,717.49 | | | |
| Earnings | | | | 2,725.30 | 48,127.49 | Employee Taxes | 300.04 | 6,210.02 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 163.52 | 2,887.67 | Personal (Accident Personal) | | 4.61 | 69.15 |
| Dental | | 10.78 | 161.70 | Spouse AD&D Insurance | | 1.30 | 19.50 |
| Medical | | 174.50 | 2,617.50 | Spouse Life Insurance | | 28.58 | 428.70 |
| Vision | | 6.17 | 92.55 | Supp LTD 60% | | 14.59 | 216.75 |
| | | | | Supplemental AD&D Ins | | 2.08 | 30.90 |
| Pre-tax Deductions | | 354.97 | 5,759.42 | Post-tax Deductions | | 51.16 | 765.00 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 53.95 |
| Taxable GTL | 12.42 | 180.10 |
| Taxable Non-Cash Event | 16.05 | 234.05 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.13    USD |

# COMCAST

Comcast (CC) of Willow Grove  
One Comcast Center  
Philadelphia, PA 19103-2838  
Phone: 877-909-4748

Employee ID: 10045887  
Employee Type: Regular-Full time  
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 06/27/2021 | 07/10/2021 | 07/16/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 32.00 | 2,725.30 | 354.97 | 300.03 | 51.16 | **2,019.14** |
| YTD | 1,001.00 | 41,627.31 | 5,177.96 | 5,214.82 | 713.84 | **30,520.69** |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Day | 06/27/2021 - 07/03/2021 | 8 | 34.07 | 272.53 | 1,619.57 |
| Flex Payout | | | | | 272.53 |
| Holiday OT | | | | | 537.25 |
| Holiday Pay | 07/04/2021 - 07/10/2021 | 8 | 34.07 | 272.53 | 1,074.50 |
| Holiday Premium | | | | | 268.64 |
| Overtime Pay | | | | | 571.32 |
| Overtime Premium | | | | | 285.68 |
| Quarterly Frontline Bonus | | | | | 1,889.12 |
| Regular Pay - Hourly | 06/27/2021 - 07/03/2021 | 32 | 34.07 | 1,090.12 | 32,663.74 |
| Vacation Pay | 07/04/2021 - 07/10/2021 | 32 | 34.07 | 1,090.12 | 2,444.96 |
| Earnings | | | | 2,725.30 | 41,627.31 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 158.09 | 2,428.23 |
| Medicare | 36.97 | 567.89 |
| Federal Withholding | 26.33 | 930.42 |
| State Tax - GA | 78.64 | 1,288.28 |
| Employee Taxes | 300.03 | 5,214.82 |

## Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 163.52 | 2,497.66 |
| Dental | | 10.78 | 150.92 |
| Medical | | 174.50 | 2,443.00 |
| Vision | | 6.17 | 86.38 |
| Pre-tax Deductions | | 354.97 | 5,177.96 |

## Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Personal (Accident Personal) | | 4.61 | 64.54 |
| Spouse AD&D Insurance | | 1.30 | 18.20 |
| Spouse Life Insurance | | 28.58 | 400.12 |
| Supp LTD 60% | | 14.59 | 202.16 |
| Supplemental AD&D Ins | | 2.08 | 28.82 |
| Post-tax Deductions | | 51.16 | 713.84 |

## Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.63 | 50.32 |
| Taxable GTL | 12.42 | 167.68 |
| Taxable Non-Cash Event | 16.05 | 218.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.14 | USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 05/16/2021 | 05/29/2021 | 06/04/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,725.30 | 354.97 | 300.03 | 51.16 | **2,019.14** |
| YTD | 821.00 | 32,361.25 | 4,047.64 | 4,035.20 | 560.36 | 23,718.05 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Day | | | | | 1,210.77 |
| Holiday OT | | | | | 264.72 |
| Holiday Pay | | | | | 529.44 |
| Holiday Premium | | | | | 132.36 |
| Overtime Pay | | | | | 298.79 |
| Overtime Premium | | | | | 149.40 |
| Quarterly Frontline Bonus | | | | | 1,889.12 |
| Regular Pay - Hourly | 05/16/2021 - 05/22/2021 | 40 | 34.07 | 1,362.65 | |
| Regular Pay - Hourly | 05/23/2021 - 05/29/2021 | 40 | 34.07 | 1,362.65 | 27,076.87 |
| Vacation Pay | | | | | 809.78 |
| Earnings | | | | 2,725.30 | 32,361.25 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 158.09 | 1,886.36 |
| Medicare | 36.97 | 441.16 |
| Federal Withholding | 26.33 | 714.24 |
| State Tax - GA | 78.64 | 993.44 |
| Employee Taxes | 300.03 | 4,035.20 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 163.52 | 1,941.69 |
| Dental | | 10.78 | 118.58 |
| Medical | | 174.50 | 1,919.50 |
| Vision | | 6.17 | 67.87 |
| Pre-tax Deductions | | 354.97 | 4,047.64 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Personal (Accident Personal) | | 4.61 | 50.71 |
| Spouse AD&D Insurance | | 1.30 | 14.30 |
| Spouse Life Insurance | | 28.58 | 314.38 |
| Supp LTD 60% | | 14.59 | 158.39 |
| Supplemental AD&D Ins | | 2.08 | 22.58 |
| Post-tax Deductions | | 51.16 | 560.36 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.63 | 39.43 |
| Taxable GTL | 12.42 | 130.42 |
| Taxable Non-Cash Event | 16.05 | 169.85 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.14   USD |

**COMCAST**

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 05/30/2021 | 06/12/2021 | 06/18/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 76.00 | 3,815.46 | 420.38 | 579.55 | 51.16 | 2,764.37 |
| YTD | 897.00 | 36,176.71 | 4,468.02 | 4,614.75 | 611.52 | 26,482.42 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | 05/30/2021 - 06/05/2021 | 4 | 34.07 | 136.27 | 1,347.04 | Social Security | 225.68 | 2,112.04 |
| Flex Payout | 06/06/2021 - 06/12/2021 | 8 | 34.07 | 272.53 | 272.53 | Medicare | 52.79 | 493.95 |
| Holiday OT | 05/30/2021 - 06/05/2021 | 8 | 34.07 | 272.53 | 537.25 | Federal Withholding | 163.52 | 877.76 |
| Holiday Pay | 05/30/2021 - 06/05/2021 | 8 | 34.07 | 272.53 | 801.97 | State Tax - GA | 137.56 | 1,131.00 |
| Holiday Premium | 05/30/2021 - 06/05/2021 | 8 | 17.04 | 136.28 | 268.64 | | | |
| Overtime Pay | 05/30/2021 - 06/05/2021 | 8 | 34.07 | 272.53 | 571.32 | | | |
| Overtime Premium | 05/30/2021 - 06/05/2021 | 8 | 17.04 | 136.28 | 285.68 | | | |
| Quarterly Frontline Bonus | | | | | 1,889.12 | | | |
| Regular Pay - Hourly | 05/30/2021 - 06/05/2021 | 28 | 34.07 | 953.86 | | | | |
| Regular Pay - Hourly | 06/06/2021 - 06/12/2021 | 32 | 34.07 | 1,090.12 | 29,120.85 | | | |
| Vacation Pay | 06/06/2021 - 06/12/2021 | 8 | 34.07 | 272.53 | 1,082.31 | | | |
| Earnings | | | | 3,815.46 | 36,176.71 | Employee Taxes | 579.55 | 4,614.75 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 228.93 | 2,170.62 | Personal (Accident Personal) | | 4.61 | 55.32 |
| Dental | | 10.78 | 129.36 | Spouse AD&D Insurance | | 1.30 | 15.60 |
| Medical | | 174.50 | 2,094.00 | Spouse Life Insurance | | 28.58 | 342.96 |
| Vision | | 6.17 | 74.04 | Supp LTD 60% | | 14.59 | 172.98 |
| | | | | Supplemental AD&D Ins | | 2.08 | 24.66 |
| Pre-tax Deductions | | 420.38 | 4,468.02 | Post-tax Deductions | | 51.16 | 611.52 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 43.06 |
| Taxable GTL | 12.42 | 142.84 |
| Taxable Non-Cash Event | 16.05 | 185.90 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,764.37  USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 05/02/2021 | 05/15/2021 | 05/21/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 73.00 | 2,776.41 | 358.03 | 311.52 | 51.16 | 2,055.70 |
| YTD | 741.00 | 29,635.95 | 3,692.67 | 3,735.17 | 509.20 | 21,698.91 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | | | | | 1,210.77 | Social Security | 161.27 | 1,728.27 |
| Holiday OT | | | | | 264.72 | Medicare | 37.71 | 404.19 |
| Holiday Pay | | | | | 529.44 | Federal Withholding | 31.14 | 687.91 |
| Holiday Premium | | | | | 132.36 | State Tax - GA | 81.40 | 914.80 |
| Overtime Pay | 05/02/2021 - 05/08/2021 | 1 | 34.07 | 34.07 | 298.79 | | | |
| Overtime Premium | 05/02/2021 - 05/08/2021 | 1 | 17.04 | 17.04 | 149.40 | | | |
| Quarterly Frontline Bonus | | | | | 1,889.12 | | | |
| Regular Pay - Hourly | 05/02/2021 - 05/08/2021 | 32 | 34.07 | 1,090.12 | | | | |
| Regular Pay - Hourly | 05/09/2021 - 05/15/2021 | 40 | 34.07 | 1,362.65 | 24,351.57 | | | |
| Vacation Pay | 05/02/2021 - 05/08/2021 | 8 | 34.07 | 272.53 | 809.78 | | | |
| Earnings | | | | 2,776.41 | 29,635.95 | Employee Taxes | 311.52 | 3,735.17 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 166.58 | 1,778.17 | Personal (Accident Personal) | | 4.61 | 46.10 |
| Dental | | 10.78 | 107.80 | Spouse AD&D Insurance | | 1.30 | 13.00 |
| Medical | | 174.50 | 1,745.00 | Spouse Life Insurance | | 28.58 | 285.80 |
| Vision | | 6.17 | 61.70 | Supp LTD 60% | | 14.59 | 143.80 |
| | | | | Supplemental AD&D Ins | | 2.08 | 20.50 |
| Pre-tax Deductions | | 358.03 | 3,692.67 | Post-tax Deductions | | 51.16 | 509.20 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 35.80 |
| Taxable GTL | 12.42 | 118.00 |
| Taxable Non-Cash Event | 16.05 | 153.80 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,055.70    USD |