

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 12/27/2020 | 01/09/2021 | 01/15/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,044.28 | 374.11 | 371.35 | 50.68 | **2,248.14** |
| YTD | 72.00 | 3,044.28 | 374.11 | 371.35 | 50.68 | **2,248.14** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday OT | 12/27/2020 - 01/02/2021 | 8 | 33.09 | 264.72 | 264.72 |
| Holiday Pay | 12/27/2020 - 01/02/2021 | 8 | 33.09 | 264.72 | 264.72 |
| Holiday Premium | 12/27/2020 - 01/02/2021 | 8 | 16.55 | 132.36 | 132.36 |
| Regular Pay - Hourly | 12/27/2020 - 01/02/2021 | 24 | 33.09 | 794.16 | |
| Regular Pay - Hourly | 01/03/2021 - 01/09/2021 | 40 | 33.09 | 1,323.60 | 2,117.76 |
| Vacation Pay | 12/27/2020 - 01/02/2021 | 8 | 33.09 | 264.72 | 264.72 |
| Earnings | | | | 3,044.28 | 3,044.28 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 177.79 | 177.79 |
| Medicare | 41.58 | 41.58 |
| Federal Withholding | 56.18 | 56.18 |
| State Tax - GA | 95.80 | 95.80 |
| Employee Taxes | 371.35 | 371.35 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 182.66 | 182.66 |
| Dental | | 10.78 | 10.78 |
| Medical | | 174.50 | 174.50 |
| Vision | | 6.17 | 6.17 |
| Pre-tax Deductions | | 374.11 | 374.11 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Personal (Accident Personal) | | 4.61 | 4.61 |
| Spouse AD&D Insurance | | 1.30 | 1.30 |
| Spouse Life Insurance | | 28.58 | 28.58 |
| Supp LTD 60% | | 14.17 | 14.17 |
| Supplemental AD&D Ins | | 2.02 | 2.02 |
| Post-tax Deductions | | 50.68 | 50.68 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.53 | 3.53 |
| Taxable GTL | 11.18 | 11.18 |
| Taxable Non-Cash Event | 14.71 | 14.71 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,248.14 | USD |



Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 06/13/2021 | 06/26/2021 | 07/02/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,725.30 | 354.97 | 300.04 | 51.16 | **2,019.13** |
| YTD | 969.00 | 38,902.01 | 4,822.99 | 4,914.79 | 662.68 | **28,501.55** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Day | | | | | 1,347.04 |
| Flex Payout | | | | | 272.53 |
| Holiday OT | | | | | 537.25 |
| Holiday Pay | | | | | 801.97 |
| Holiday Premium | | | | | 268.64 |
| Overtime Pay | | | | | 571.32 |
| Overtime Premium | | | | | 285.68 |
| Quarterly Frontline Bonus | | | | | 1,889.12 |
| Regular Pay - Hourly | 06/13/2021 - 06/19/2021 | 40 | 34.07 | 1,362.65 | |
| Regular Pay - Hourly | 06/20/2021 - 06/26/2021 | 32 | 34.07 | 1,090.12 | 31,573.62 |
| Vacation Pay | 06/20/2021 - 06/26/2021 | 8 | 34.07 | 272.53 | 1,354.84 |
| Earnings | | | | 2,725.30 | 38,902.01 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 158.10 | 2,270.14 |
| Medicare | 36.97 | 530.92 |
| Federal Withholding | 26.33 | 904.09 |
| State Tax - GA | 78.64 | 1,209.64 |
| Employee Taxes | 300.04 | 4,914.79 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 163.52 | 2,334.14 |
| Dental | | 10.78 | 140.14 |
| Medical | | 174.50 | 2,268.50 |
| Vision | | 6.17 | 80.21 |
| Pre-tax Deductions | | 354.97 | 4,822.99 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Personal (Accident Personal) | | 4.61 | 59.93 |
| Spouse AD&D Insurance | | 1.30 | 16.90 |
| Spouse Life Insurance | | 28.58 | 371.54 |
| Supp LTD 60% | | 14.59 | 187.57 |
| Supplemental AD&D Ins | | 2.08 | 26.74 |
| Post-tax Deductions | | 51.16 | 662.68 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.63 | 46.69 |
| Taxable GTL | 12.42 | 155.26 |
| Taxable Non-Cash Event | 16.05 | 201.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.13   USD |

![Comcast logo]

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 05/02/2021 | 05/15/2021 | 05/21/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 73.00 | 2,776.41 | 358.03 | 311.52 | 51.16 | 2,055.70 |
| YTD | 741.00 | 29,635.95 | 3,692.67 | 3,735.17 | 509.20 | 21,698.91 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Day | | | | | 1,210.77 | Social Security | 161.27 | 1,728.27 |
| Holiday OT | | | | | 264.72 | Medicare | 37.71 | 404.19 |
| Holiday Pay | | | | | 529.44 | Federal Withholding | 31.14 | 687.91 |
| Holiday Premium | | | | | 132.36 | State Tax - GA | 81.40 | 914.80 |
| Overtime Pay | 05/02/2021 - 05/08/2021 | 1 | 34.07 | 34.07 | 298.79 | | | |
| Overtime Premium | 05/02/2021 - 05/08/2021 | 1 | 17.04 | 17.04 | 149.40 | | | |
| Quarterly Frontline Bonus | | | | | 1,889.12 | | | |
| Regular Pay - Hourly | 05/02/2021 - 05/08/2021 | 32 | 34.07 | 1,090.12 | | | | |
| Regular Pay - Hourly | 05/09/2021 - 05/15/2021 | 40 | 34.07 | 1,362.65 | 24,351.57 | | | |
| Vacation Pay | 05/02/2021 - 05/08/2021 | 8 | 34.07 | 272.53 | 809.78 | | | |
| Earnings | | | | 2,776.41 | 29,635.95 | Employee Taxes | 311.52 | 3,735.17 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 166.58 | 1,778.17 | Personal (Accident Personal) | | 4.61 | 46.10 |
| Dental | | 10.78 | 107.80 | Spouse AD&D Insurance | | 1.30 | 13.00 |
| Medical | | 174.50 | 1,745.00 | Spouse Life Insurance | | 28.58 | 285.80 |
| Vision | | 6.17 | 61.70 | Supp LTD 60% | | 14.59 | 143.80 |
| | | | | Supplemental AD&D Ins | | 2.08 | 20.50 |
| Pre-tax Deductions | | 358.03 | 3,692.67 | Post-tax Deductions | | 51.16 | 509.20 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 35.80 |
| Taxable GTL | 12.42 | 118.00 |
| Taxable Non-Cash Event | 16.05 | 153.80 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,055.70    USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 07/25/2021 | 08/07/2021 | 08/13/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,725.30 | 354.97 | 300.04 | 51.16 | 2,019.13 |
| YTD | 1,153.00 | 48,127.49 | 5,759.42 | 6,210.02 | 765.00 | 35,393.05 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Flex Day | | | | | 1,619.57 |
| Flex Payout | | | | | 272.53 |
| Holiday OT | | | | | 537.25 |
| Holiday Pay | | | | | 1,074.50 |
| Holiday Premium | | | | | 268.64 |
| Overtime Pay | | | | | 571.32 |
| Overtime Premium | | | | | 285.68 |
| Quarterly Frontline Bonus | | | | | 2,938.70 |
| Regular Pay - Hourly | 07/25/2021 - 07/31/2021 | 32 | 34.07 | 1,090.12 | |
| Regular Pay - Hourly | 08/01/2021 - 08/07/2021 | 40 | 34.07 | 1,362.65 | 37,841.81 |
| Vacation Pay | 07/25/2021 - 07/31/2021 | 8 | 34.07 | 272.53 | 2,717.49 |
| Earnings | | | | 2,725.30 | 48,127.49 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security | 158.10 | 2,820.37 |
| Medicare | 36.97 | 659.60 |
| Federal Withholding | 26.33 | 1,217.67 |
| State Tax - GA | 78.64 | 1,512.38 |
| Employee Taxes | 300.04 | 6,210.02 |

| Pre-tax Deductions | | | |
|---|---|---|---|
| Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 163.52 | 2,887.67 |
| Dental | | 10.78 | 161.70 |
| Medical | | 174.50 | 2,617.50 |
| Vision | | 6.17 | 92.55 |
| Pre-tax Deductions | | 354.97 | 5,759.42 |

| Post-tax Deductions | | | |
|---|---|---|---|
| Description | Rate | Amount | YTD |
| Personal (Accident Personal) | | 4.61 | 69.15 |
| Spouse AD&D Insurance | | 1.30 | 19.50 |
| Spouse Life Insurance | | 28.58 | 428.70 |
| Supp LTD 60% | | 14.59 | 216.75 |
| Supplemental AD&D Ins | | 2.08 | 30.90 |
| Post-tax Deductions | | 51.16 | 765.00 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.63 | 53.95 |
| Taxable GTL | 12.42 | 180.10 |
| Taxable Non-Cash Event | 16.05 | 234.05 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.13   USD |

## COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 05/16/2021 | 05/29/2021 | 06/04/2021 | |

|  | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,725.30 | 354.97 | 300.03 | 51.16 | 2,019.14 |
| YTD | 821.00 | 32,361.25 | 4,047.64 | 4,035.20 | 560.36 | 23,718.05 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Day | | | | | 1,210.77 |
| Holiday OT | | | | | 264.72 |
| Holiday Pay | | | | | 529.44 |
| Holiday Premium | | | | | 132.36 |
| Overtime Pay | | | | | 298.79 |
| Overtime Premium | | | | | 149.40 |
| Quarterly Frontline Bonus | | | | | 1,889.12 |
| Regular Pay - Hourly | 05/16/2021 - 05/22/2021 | 40 | 34.07 | 1,362.65 | |
| Regular Pay - Hourly | 05/23/2021 - 05/29/2021 | 40 | 34.07 | 1,362.65 | 27,076.87 |
| Vacation Pay | | | | | 809.78 |
| Earnings | | | | 2,725.30 | 32,361.25 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 158.09 | 1,886.36 |
| Medicare | 36.97 | 441.16 |
| Federal Withholding | 26.33 | 714.24 |
| State Tax - GA | 78.64 | 993.44 |
| Employee Taxes | 300.03 | 4,035.20 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 163.52 | 1,941.69 |
| Dental | | 10.78 | 118.58 |
| Medical | | 174.50 | 1,919.50 |
| Vision | | 6.17 | 67.87 |
| Pre-tax Deductions | | 354.97 | 4,047.64 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Personal (Accident Personal) | | 4.61 | 50.71 |
| Spouse AD&D Insurance | | 1.30 | 14.30 |
| Spouse Life Insurance | | 28.58 | 314.38 |
| Supp LTD 60% | | 14.59 | 158.39 |
| Supplemental AD&D Ins | | 2.08 | 22.58 |
| Post-tax Deductions | | 51.16 | 560.36 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.63 | 39.43 |
| Taxable GTL | 12.42 | 130.42 |
| Taxable Non-Cash Event | 16.05 | 169.85 |

|  | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,019.14    USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 05/30/2021 | 06/12/2021 | 06/18/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 76.00 | 3,815.46 | 420.38 | 579.55 | 51.16 | 2,764.37 |
| YTD | 897.00 | 36,176.71 | 4,468.02 | 4,614.75 | 611.52 | 26,482.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Day | 05/30/2021 - 06/05/2021 | 4 | 34.07 | 136.27 | 1,347.04 |
| Flex Payout | 06/06/2021 - 06/12/2021 | 8 | 34.07 | 272.53 | 272.53 |
| Holiday OT | 05/30/2021 - 06/05/2021 | 8 | 34.07 | 272.53 | 537.25 |
| Holiday Pay | 05/30/2021 - 06/05/2021 | 8 | 34.07 | 272.53 | 801.97 |
| Holiday Premium | 05/30/2021 - 06/05/2021 | 8 | 17.04 | 136.28 | 268.64 |
| Overtime Pay | 05/30/2021 - 06/05/2021 | 8 | 34.07 | 272.53 | 571.32 |
| Overtime Premium | 05/30/2021 - 06/05/2021 | 8 | 17.04 | 136.28 | 285.68 |
| Quarterly Frontline Bonus | | | | | 1,889.12 |
| Regular Pay - Hourly | 05/30/2021 - 06/05/2021 | 28 | 34.07 | 953.86 | |
| Regular Pay - Hourly | 06/06/2021 - 06/12/2021 | 32 | 34.07 | 1,090.12 | 29,120.85 |
| Vacation Pay | 06/06/2021 - 06/12/2021 | 8 | 34.07 | 272.53 | 1,082.31 |
| Earnings | | | | 3,815.46 | 36,176.71 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 225.68 | 2,112.04 |
| Medicare | 52.79 | 493.95 |
| Federal Withholding | 163.52 | 877.76 |
| State Tax - GA | 137.56 | 1,131.00 |
| Employee Taxes | 579.55 | 4,614.75 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 228.93 | 2,170.62 |
| Dental | | 10.78 | 129.36 |
| Medical | | 174.50 | 2,094.00 |
| Vision | | 6.17 | 74.04 |
| Pre-tax Deductions | | 420.38 | 4,468.02 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Personal (Accident Personal) | | 4.61 | 55.32 |
| Spouse AD&D Insurance | | 1.30 | 15.60 |
| Spouse Life Insurance | | 28.58 | 342.96 |
| Supp LTD 60% | | 14.59 | 172.98 |
| Supplemental AD&D Ins | | 2.08 | 24.66 |
| Post-tax Deductions | | 51.16 | 611.52 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.63 | 43.06 |
| Taxable GTL | 12.42 | 142.84 |
| Taxable Non-Cash Event | 16.05 | 185.90 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,764.37   USD |



Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 06/27/2021 | 07/10/2021 | 07/16/2021 | |

|  | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 32.00 | 2,725.30 | 354.97 | 300.03 | 51.16 | **2,019.14** |
| YTD | 1,001.00 | 41,627.31 | 5,177.96 | 5,214.82 | 713.84 | **30,520.69** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Day | 06/27/2021 - 07/03/2021 | 8 | 34.07 | 272.53 | 1,619.57 |
| Flex Payout |  |  |  |  | 272.53 |
| Holiday OT |  |  |  |  | 537.25 |
| Holiday Pay | 07/04/2021 - 07/10/2021 | 8 | 34.07 | 272.53 | 1,074.50 |
| Holiday Premium |  |  |  |  | 268.64 |
| Overtime Pay |  |  |  |  | 571.32 |
| Overtime Premium |  |  |  |  | 285.68 |
| Quarterly Frontline Bonus |  |  |  |  | 1,889.12 |
| Regular Pay - Hourly | 06/27/2021 - 07/03/2021 | 32 | 34.07 | 1,090.12 | 32,663.74 |
| Vacation Pay | 07/04/2021 - 07/10/2021 | 32 | 34.07 | 1,090.12 | 2,444.96 |
| Earnings |  |  |  | 2,725.30 | 41,627.31 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 158.09 | 2,428.23 |
| Medicare | 36.97 | 567.89 |
| Federal Withholding | 26.33 | 930.42 |
| State Tax - GA | 78.64 | 1,288.28 |
| Employee Taxes | 300.03 | 5,214.82 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 163.52 | 2,497.66 |
| Dental |  | 10.78 | 150.92 |
| Medical |  | 174.50 | 2,443.00 |
| Vision |  | 6.17 | 86.38 |
| Pre-tax Deductions |  | 354.97 | 5,177.96 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Personal (Accident Personal) |  | 4.61 | 64.54 |
| Spouse AD&D Insurance |  | 1.30 | 18.20 |
| Spouse Life Insurance |  | 28.58 | 400.12 |
| Supp LTD 60% |  | 14.59 | 202.16 |
| Supplemental AD&D Ins |  | 2.08 | 28.82 |
| Post-tax Deductions |  | 51.16 | 713.84 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 3.63 | 50.32 |
| Taxable GTL | 12.42 | 167.68 |
| Taxable Non-Cash Event | 16.05 | 218.00 |

|  | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |  |
|---|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 |  | 2,019.14 | USD |

**COMCAST**

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10045887
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dennis Gates | Comcast (CC) of Willow Grove | 10045887 | 01/24/2021 | 02/06/2021 | 02/12/2021 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,696.59 | 413.25 | 629.74 | 50.68 | **2,602.92** |
| YTD | 224.00 | 9,785.15 | 1,161.47 | 1,372.43 | 152.04 | **7,099.21** |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Flex Day | | | | | 264.72 |
| Holiday OT | | | | | 264.72 |
| Holiday Pay | | | | | 529.44 |
| Holiday Premium | | | | | 132.36 |
| Overtime Pay | | | | | 264.72 |
| Overtime Premium | | | | | 132.36 |
| Quarterly Frontline Bonus | 01/31/2021 - 02/06/2021 | | | 1,049.39 | 1,049.39 |
| Regular Pay - Hourly | 01/24/2021 - 01/30/2021 | 40 | 33.09 | 1,323.60 | |
| Regular Pay - Hourly | 01/31/2021 - 02/06/2021 | 40 | 33.09 | 1,323.60 | 6,882.72 |
| Vacation Pay | | | | | 264.72 |
| Earnings | | | | 3,696.59 | 9,785.15 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security | 218.24 | 573.81 |
| Medicare | 51.04 | 134.20 |
| Federal Withholding | 229.40 | 341.76 |
| State Tax - GA | 131.06 | 322.66 |
| Employee Taxes | 629.74 | 1,372.43 |

| Pre-tax Deductions | | | |
|---|---|---|---|
| Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 221.80 | 587.12 |
| Dental | | 10.78 | 32.34 |
| Medical | | 174.50 | 523.50 |
| Vision | | 6.17 | 18.51 |
| Pre-tax Deductions | | 413.25 | 1,161.47 |

| Post-tax Deductions | | | |
|---|---|---|---|
| Description | Rate | Amount | YTD |
| Personal (Accident Personal) | | 4.61 | 13.83 |
| Spouse AD&D Insurance | | 1.30 | 3.90 |
| Spouse Life Insurance | | 28.58 | 85.74 |
| Supp LTD 60% | | 14.17 | 42.51 |
| Supplemental AD&D Ins | | 2.02 | 6.06 |
| Post-tax Deductions | | 50.68 | 152.04 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 3.53 | 10.59 |
| Taxable GTL | 11.18 | 33.54 |
| Taxable Non-Cash Event | 14.71 | 44.13 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | C - Married 1 Income |
| Allowances | 10 | 2 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******8225 | ******8225 | | 2,602.92 | USD |