IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. **21-54989-jwc** |
| | * |
| **Dennis Gates,** | * |
| and | * CHAPTER 7 |
| **Altermiece Thompson Gates,** | * |
| AKA Altermiece Thompson Sumblin; AKA | * |
| **Altermiece T Gates,** | |
| Debtors | * |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information set forth below is true and correct to the best of my knowledge and belief.

1.

Due to a recent medical diagnosis, I, Mr. Gates, am contemplating retirement.

2.

I, Ms. Gates, have been suffering from health issues and am currently attempting to find a diagnosis of a medical condition, due to this fact, the business is not generating income currently.

Dated: 09 / 13 / 2021         Signed: *Dennis Gates*
                              **Dennis Gates**

Dated: 09 / 13 / 2021         Signed: *Altermiece Thompson Gates*
                              **Altermiece Thompson Gates**