# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 21-54989-JWC  
**Case Name:** GATES, DENNIS  
GATES, ALTERMIECE THOMPSON  

**For Period Ending:** 06/30/2022

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 07/02/2021 (f)  
**§ 341(a) Meeting Date:** 08/03/2021  
**Claims Bar Date:** 01/05/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 850 Southland Pass, Stone Mountain, GA 30087-0000, DeKalb County | 225,000.00 | 24,827.00 | | 0.00 | 373,000.00 |
| 2 | 1998 Infinity Q45, 165000 miles<br>Notice of abandonment, Dkt # 29. | 3,750.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2000 Ford F150<br>Notice of abandonment, Dkt # 29. | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 4 | 4 BR, LR, DR | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | 2 Tv, 2 Cell Phone, 2 Computers | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes/Shoes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 1 Dog<br>Notice of abandonment, Dkt # 29. | 50.00 | 0.00 | OA | 0.00 | FA |
| 9 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Bank of America | 250.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: Associated Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Int. in Ins. policies: Health and life through employer (no cash value) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 401k with Fidelity (u)<br>Added per amendment, Dkt # 21. | 72,487.45 | 0.00 | | 0.00 | FA |
| 14 | IRA (u)<br>Added per amendment, Dkt # 21. | 16,496.21 | 0.00 | | 0.00 | FA |
| 14 | **Assets    Totals**    (Excluding unknown values) | **$321,953.66** | **$24,827.00** | | **$0.00** | **$373,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 21-54989-JWC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** GATES, DENNIS<br>GATES, ALTERMIECE THOMPSON | **Date Filed (f) or Converted (c):** 07/02/2021 (f)<br>**§ 341(a) Meeting Date:** 08/03/2021 |
| **For Period Ending:** 06/30/2022 | **Claims Bar Date:** 01/05/2022 |

**Major Activities Affecting Case Closing:**

10/6/21  Request for Claims Bar Date filed; Notice of Abandonment of vehicles and dog filed.

October 2021 - Discussions with Debtor regarding purchasing equity in property.

6/30/2022 - Discussions with Debtors continue regarding the purchase of the equity continue but property value has gone up considerably.

**Initial Projected Date Of Final Report (TFR):**    12/31/2023          **Current Projected Date Of Final Report (TFR):**    12/31/2023